Myrtle Miller, appellee, v. S. S. Kresge Company, appellant. Gen. No. 26,380.

Suit for personal injuries from slipping by stepping on a slippery substance in a department store. Judgment for plaintiff. See 224 Ill. App. 653. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 24, 1923. *Certiorari* denied by Supreme Court (making opinion final).

John Clark Baker, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Kathryn Rutherford, appellee, v. Joan P. Chalmers, appellant. Gen. No. 28,082.

Suit for damages for personal injuries by a fall from rear porch of apartment occupied under lease from defendant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Adam C. Cliffe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed April 24, 1923.

Tenney, Harding & Sherman and Charles A. Scott, for appellant; Harry A. Parkin and Charles A. Scott, of counsel. McCormick, Kirkland, Patterson & Fleming, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

E. L. George, appellee, v. George H. J. Haas, appellant. Gen. No. 28,119.

Suit on note. Separate judgments for plaintiff for amount admitted due and for interest. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded with finding of facts. Opinion filed April 24, 1923.

E. A. Aborn, for appellant. D. K. Cochrane, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Aaron Jay and Jane Jay, appellees, v. John Spiehs, appellant. Gen. No. 28,128.

Action in forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Eugene M. Peavler, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.

Frank J. Tyrrell, Edward J. McCarthy and Clarence E. Nelson, for appellant. Ziv, Loomis & Silvertrust, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Aaron Jay and Jane Jay, appellees, v. Frank J. Tyrrell, appellant. Gen. No. 28,129.

Action in forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.

John Tyrrell and Clarence E. Nelson, for appellant. Ziv, Loomis & Silvertrust, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.